tion of the Last Will and Testament of JOHN MARSHALL HILLS, Deceased.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

SALVATORE LO VERDE, by His Guardian ad Litem, MARIA LO VERDE, v. J. C. BUILDING CORPORATION and HARRY ORLINSKY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of Proving the Last Will and Testament of MICHAEL WINBURN, Deceased, as a Will of Real and Personal Property.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

In the Matter of Proving the Last Will and Testament of MICHAEL WINBURN, Deceased, as a Will of Real and Personal Property.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

In the Matter of Proving the Last Will and Testament of MICHAEL WINBURN, Deceased, as a Will of Real and Personal Property.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

THEODORE TEITELBAUM v. STANLEY J. HALLE and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon defendants' filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK, as Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Rehabilitate the NATIONAL SURETY COMPANY. KENLON COAL CO., INC., Appellant.— Motion for leave to appeal to the Court of Appeals granted; questions certified. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ. [See 239 App. Div. 490.]

GENERAL ACCIDENT, FIRE AND LIFE ASSURANCE CORPORATION, LTD., OF PERTH, SCOTLAND, v. HERTZ DRIVURSELF STATIONS, INC. (NEW YORK).— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

SABELLA LOSCALZO v. MARY SZATHMARY, Doing Business, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon defendant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., Merrell, Townley and Untermyer, JJ.

CLARA POLACKOFF v. HENRY SONN & Co., INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon defendant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

HARRY CARMAN, Administrator, etc., of LILLIAN M. CARMAN, Deceased, and